# JOHNSON DeLUCA KURISKY & GOULD
### A PROFESSIONAL CORPORATION

4 HOUSTON CENTER
SUITE 1000
1221 LAMAR STREET
HOUSTON, TEXAS 77010

(713) 652-2525 - Telephone
(713) 652-5130 – Telecopier

March 5, 2015

*FILED IN*
*1ST COURT OF APPEALS*
*HOUSTON, TEXAS*
*MAR -5 2015*
*CHRISTOPHER A. PRINE*
*CLERK*

***Via Hand Delivery***
Mr. Christopher Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

Re: Cause No. 01-15-00194-CV; *AN Luxury Imports, Ltd. d/b/a BMW of Dallas, AN Luxury Imports GP, LLC and United States Warranty Corp. v. D. Scott Southall*; in the Court of Appeals, First District;

On appeal from

Cause No. 2014-33551; *D. Scott Southall v. AN Luxury Imports, Ltd. d/b/a BMW of Dallas, Inc., AN Luxury Imports GP, LLC and United States Warranty Corp.*; in the 295th Judicial District Court of Harris County, Texas.

Dear Mr. Prine:

Per your correspondence of March 3, 2015 (copy attached), regarding outstanding fees associated with the above-referenced appeal, please find enclosed our firm's check no. 15196, in the amount of $195.00 in payment of those fees.

Thank you for your attention to this request. Please do not hesitate to contact this office with questions.

Sincerely,

Terri A. Tribble
Paralegal to George A. Kurisky, Jr.

/tat
Enclosure
Cc: Victor Elgohary – *(letter only) Via First Class Mail*